PHILLIP A. TALBERT
Acting United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>LYNNSI MARGUERITE DUNBAR,<br>KYE AARON DUNBAR and<br>DANIEL HARTE,<br><br>　　　　　　　Defendant. | CASE NO. 1:16-CR-151 DAD-BAM (003)<br><br>STIPULATION AND [PROPOSED] PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT DANIEL HARTE |

　　　WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including but not limited to Social Security numbers, dates of birth, driver's license numbers, bank account numbers, telephone numbers, and residential addresses ("Protected Information"); and

　　　WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

　　　WHEREAS, the parties agree that entry of a stipulated protective order is appropriate.

　　　NOW, THEREFORE, defendant DANIEL HARTE, by and through his counsel of record ("Defense Counsel"), and plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and defense investigators and support staff. Defense Counsel may permit a defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The litigation of the case includes criminal defense in this matter, as well as direct appeal, collateral writs and appeals, and collateral attack on priors.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendant, defense investigators, and support staff of the contents of this Stipulation and Order.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

7. In the event that defendant substitutes counsel or is appointed or retains new or substitute counsel for criminal defense, direct appeal, collateral writ or appeal, or a collateral attack on priors, the undersigned Defense Counsel agrees to withhold discovery from the new or substituted counsel unless and until that counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated:  October 4, 2016                           PHILLIP A. TALBERT
                                                  Acting United States Attorney

                                          By:   /s/ BRIAN K. DELANEY
                                                  BRIAN K. DELANEY
                                                  Assistant United States Attorney


Dated:  October _4, 2016                          /s/ Richard M. Oberto
                                                  RICHARD M. OBERTO
                                                  Attorney for Defendant
                                                  DANIEL HARTE


**ORDER**

IT IS SO ORDERED.

Dated:  **October 7, 2016**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE