RICHARD M. OBERTO
ATTORNEY AT LAW
SBN 247285
516 W. Shaw Ave., Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Daniel Harte

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:16-CR-00151-DAD-BAM (003) |
| *Plaintiff,* | |
| v. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 43 (b)(3); |
| LYNNSI MARGUERITE DUNBAR, KYE AARON DUNBAR, and DANIEL HARTE | [~~PROPOSED~~] ORDER |
| *Defendants.* | |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

Defendant DANIEL HARTE ("Mr. Harte") has been advised of his right to be personally present at all stages of the court proceedings in the above entitled action against him. Mr. Harte hereby waives his right to be present for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

Pursuant to this waiver, Mr. Harte requests that the Court allow his interests to be represented by the presence of his attorney, Richard M. Oberto, and he agrees that his interests shall be represented the same as if he were personally present. Mr. Harte agrees that notice to his attorney that his personal presence is required for a proceeding at a specific time and place will be deemed noticed to Mr. Harte of the requirement of his personal presence.

1

1

2   DATED: __10/11/2016_____          __/s/ Daniel Harte_____

3                                                                            DANIEL HARTE
                                                                             Defendant
4                                                                            *Original signature retained by*
                                                                              *attorney Richard M. Oberto*
5

6   DATED: __10/11/2016_____          __/s/ Richard M. Oberto_____

7                                                                            RICHARD M. OBERTO
                                                                             Attorney for Defendant,
8                                                                            Daniel Harte
                                                                             *Original signature retained by*
9                                                                             *attorney Richard M. Oberto*

10

11                                   **[~~PROPOSED~~] ORDER**

12          **IT IS HEREBY ORDERED** that the personal presence of Defendant DANIEL HARTE is

13   not required for proceedings that involve only a conference or a hearing on a question of law

14   pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

15          IT IS SO ORDERED.

16

17          Dated**:   November 4, 2016**          __/s/ Barbara A. McAuliffe___

18                                                                     UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

2