PHILLIP A. TALBERT
United States Attorney
BRIAN K. DELANEY
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00151-DAD-BAM-3 |
|---|---|
| Plaintiff, | AGREEMENT REGARDING DEFERED PROSECUTION; FINDINGS AND ORDER |
| v. | |
| DANIEL HARTE, | |
| Defendant. | |

**AGREEMENT REGARDING DEFERRED PROSECUTION**

After further investigation of the offense for which Daniel Harte ("Defendant") was indicted on September 15, 2016, in the above-caption matter, and Defendant's background, the government believes that the interest of the United States, Defendant's own interest, and the interest of justice will all be best served by the procedure set forth below. Consequently, the United States, by and through its counsel of record, Brian K. Delaney and Angela L. Scott, and the Defendant hereby agree to the following:

**1.** Trial in this matter is currently scheduled for November 7, 2017. By this agreement, defendant moves to vacate the currently scheduled trial and requests, alternatively, to set a status conference for January 29, 2018, and to exclude time between November 7, 2017, and January 29, 2018, inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(2).

**2.** Pursuant to 18 U.S.C. § 3161(h)(2), the defendant agrees to waive, and does hereby expressly waive, any and all rights to a speedy trial pursuant to the Sixth Amendment of the United

AGREEMENT RE DEFERRED PROSECUTION                                 1

States Constitution, Title 18, United States Code, Section 3161, Federal Rule of Criminal Procedure 48(b), and any applicable Local Rules of the United States District Court for the Eastern District of California, for the period of time that this Agreement is in effect.

**3.** The United States shall, and hereby does, recommend to the Court that prosecution of this matter be deferred for approximately six months, until January 29, 2018, provided that the Defendant abides by the following conditions and the requirements of the program set forth below.

**4.** The United States Attorney may at any time within the period of Defendant's supervision initiate prosecution for the offenses charged in the September 15, 2016 indictment should Defendant violate the conditions of this supervision, and will furnish Defendant with notice specifying the conditions of the program which defendant has violated.

**5.** If upon completion of Defendant's period of supervision, the United States Pretrial Services Department confirms that Defendant complied with all the rules, regulations and conditions mentioned below, the United States will move to dismiss the indictment against Defendant in the above-captioned matter.

**6.** **Conditions of Deferred Prosecution:**
   a. Defendant shall abide by all terms and conditions of pretrial release as previously imposed under the above-captioned case number, including any drug abuse testing and treatment conditions, as well an any additional terms and conditions of pretrial release that are subsequently imposed during this approximate six-month period; and
   b. Defendant shall obey all laws during this approximate six-month period. The term "obey all laws" as used herein means all federal, state and local laws. A determination of whether the defendant has violated a state, federal or local law will be according to a probable cause standard. An offense that can be charged only as an infraction will not be considered a "crime" within the meaning of this agreement.

**7.** By signing below, defendant agrees and certifies the following:
   a. I am aware of the fact that the Sixth amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal

Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information or in bringing a defendant to trial. I hereby request that the United States Attorney for the Eastern District of California defer any prosecution of me for the violations set forth in the indictment filed against me on September 15, 2016, for a period of approximately six months, to January 29, 2018. To induce him to defer such prosecution I agree and consent that any delay from the date of this Agreement to the date of the re-initiation of the prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request and I waive any defense to such prosecution on the grounds that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of months which is the period of this Agreement. I hereby state that the above has been read and explained to me. I understand the conditions of my pretrial diversion and agree that I will comply with them.

b.

## **APPROVALS AND SIGNATURES**

A. Defense Counsel

I have read this Agreement Regarding Deferred Prosecution and have discussed it fully with my client. This Agreement accurately and completely sets forth the entirety of the agreement between the parties. I concur in my client's decision to agree to deferred prosecution in this matter.

Dated: __7/27/17__ __/s/ Richard Oberto_____
 RICHARD OBERTO
 Attorney for Defendant

Agreement Re Deferred Prosecution 3

B.  Defendant

I have read this Agreement Regarding Deferred Prosecution and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. Further, I have consulted with my attorney and fully understand my rights and the significance of deferred entry of judgment in my case. No other promises or inducements have been made to me, other than those contained in this Agreement.

In addition, no one has threatened or forced me in any way to enter in this Agreement. Finally, I am satisfied with the representation of my attorney in this case.

Dated: _7/24/17_____    /s/ Daniel Harte_____
                        DANIEL HARTE
                        Defendant

C.  Attorney for United States

I accept and agree to this Agreement Regarding Deferred Prosecution on behalf of the government.

Dated: 8/2/17_____    PHILLIP A. TALBERT
                           United States Attorney

                           _____

                            /s/ Brian K. Delaney
                           BRIAN K. DELANEY
                           ANGELA L. SCOTT
                           Assistant U.S. Attorney

## FINDINGS AND ORDER

Pursuant to the parties' Agreement Regarding Deferred Prosecution and for good cause shown, the trial confirmation currently set for October 16, 2017, and jury trial currently set for November 7, 2017, are hereby vacated and a status conference is set for January 29, 2018, at 10:00 a.m. The time period between November 7, 2017, and January 29, 2018, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(2) for the reasons stated in the parties' Agreement Regarding Deferred Prosecution. The Motion Hearing scheduled for August 3, 2017, at 10:00 AM before Magistrate Judge Barbara A. McAuliffe is hereby vacated.

IT IS SO ORDERED.

Dated:  **August 2, 2017**    _____
                              UNITED STATES DISTRICT JUDGE